**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: OLSON, KENNETH JAMES | § | Case No. 15-81312 |
| OLSON, CATHERINE ANN | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 13, 2015. The undersigned trustee was appointed on May 15, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         155,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 5,000.00 |
   | Administrative expenses | 52,089.80 |
   | Bank service fees | 90.17 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 82,820.03 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/22/2015 and the deadline for filing governmental claims was 11/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,435.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,435.80, for a total compensation of $9,435.80.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $37.04, for total expenses of $37.04.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2018     By: /s/JOSEPH D. OLSEN
                    Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81312  
**Case Name:** OLSON, KENNETH JAMES  
OLSON, CATHERINE ANN  
**Period Ending:** 06/29/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/13/15 (f)  
**§341(a) Meeting Date:** 06/18/15  
**Claims Bar Date:** 10/22/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br>**Ref. #** | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 1    Residence - 530 Machelle Drive | 366,000.00 | 0.00 | | 0.00 | FA |
| 2    Cash on hand hand | 153.00 | 0.00 | | 0.00 | FA |
| 3    Checking Account | 752.00 | 0.00 | | 0.00 | FA |
| 4    . 5Checking Account Bank N.A. N. Adams Street Ba | 191.00 | 0.00 | | 0.00 | FA |
| 5    NSavings Account One Box 60 Cloud, MN 56302 | 373.00 | 0.00 | | 0.00 | FA |
| 6    Household furniture and goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7    Books, pictures and other art objects stamp, coi | 250.00 | 0.00 | | 0.00 | FA |
| 8    Wearing Apparel Residence | 350.00 | 0.00 | | 0.00 | FA |
| 9    Furs and jewelry Residence | 2,000.00 | 0.00 | | 0.00 | FA |
| 10   Firearms, sports equipment, bicycles, cameras eq | 500.00 | 0.00 | | 0.00 | FA |
| 11   Retirement pension plan or profit sharing plans. | 6,435.00 | 0.00 | | 0.00 | FA |
| 12   2001 Chevy Astro and accessories. Residence | 1,688.00 | 0.00 | | 0.00 | FA |
| 13   cy21999 Pontiac Grand Am Residence | 1,060.00 | 0.00 | | 0.00 | FA |
| 14   2001 Yamaha Debtor's Residence | 1,745.00 | 0.00 | | 0.00 | FA |
| 15   Office Equipment Residence | 325.00 | 0.00 | | 0.00 | FA |
| 16   Machinery, fixtures or trade equipment | 600.00 | 0.00 | | 0.00 | FA |
| 17   Personal Injury Claim | 155,000.00 | 82,947.16 | | 155,000.00 | FA |
| **17  Assets   Totals** (Excluding unknown values) | **$539,422.00** | **$82,947.16** | | **$155,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee is administering a personal injury claim.  The Debtor still has to undergo some sort of surgery so it will be quite a while before this is resolved.  Outside counsel letter is attached.  The Trustee is in a holding pattern until the personal injury case resolves itself.

The Trustee is still waiting for this personal injury case to wind its way through state court up in Wisconsin. Outside counsel letter is attached, they are in discovery and it does not appear they are close to any kind of settlement. There is a trial date set for June 11, 2018 so hopefully it will be a successful trial and my final report will be filed as soon we receive some sort of money if and when.

Printed: 06/29/2018 11:35 AM    V.14.14

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-81312  
**Case Name:** OLSON, KENNETH JAMES  
　　　　　　　OLSON, CATHERINE ANN  
**Period Ending:** 06/29/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/13/15 (f)  
**§341(a) Meeting Date:** 06/18/15  
**Claims Bar Date:** 10/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017　　**Current Projected Date Of Final Report (TFR):** December 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-81312  
**Case Name:** OLSON, KENNETH JAMES  
OLSON, CATHERINE ANN  
**Taxpayer ID #:** **-***4146  
**Period Ending:** 06/29/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/18 | {17} | American Family Insurance Group | Personal Injury Proceeds | 1242-000 | 55,000.00 | | 55,000.00 |
| 05/17/18 | {17} | American Family Insurance Group | Personal Injury Proceeds | 1242-000 | 100,000.00 | | 155,000.00 |
| 05/22/18 | 101 | Attorney John V. O'Connor | ATTORNEY FEES & EXPENSES | | | 52,052.85 | 102,947.15 |
| | | | Attorney's fees re PI litigation    50,000.00 | 3210-600 | | | 102,947.15 |
| | | | Advanced costs/Expenses re PI litigation    2,052.85 | 3220-610 | | | 102,947.15 |
| 05/22/18 | 102 | Simpson & Deardorff, S.C. IOLTA Client Trust Account, fbo | Medical Pay Subrogation Lien re Catherine Olson (17 CV 424) | 4220-000 | | 5,000.00 | 97,947.15 |
| 05/22/18 | 103 | OLSON, CATHERINE ANN | Debtor's Exemption on Personal Injury Claim | 8100-002 | | 15,000.00 | 82,947.15 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.17 | 82,856.98 |
| 06/05/18 | 104 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #15-81312, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 36.95 | 82,820.03 |
| | | | **ACCOUNT TOTALS** | | 155,000.00 | 72,179.97 | **$82,820.03** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 155,000.00 | 72,179.97 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$155,000.00** | **$57,179.97** | |

| | | |
|---|---|---|
| Net Receipts : | 155,000.00 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $140,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5366** | 155,000.00 | 57,179.97 | 82,820.03 |
| | $155,000.00 | $57,179.97 | $82,820.03 |

{} Asset reference(s)

# Exhibit "C" - Analysis of Claims Register

## Case: 15-81312   OLSON, KENNETH JAMES

| **Case Balance:** | $82,820.03 | **Total Proposed Payment:** | $82,820.03 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9 | OLSON, CATHERINE ANN | Secured | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 | 82,820.03 |
|  | Attorney Joseph D Olsen <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,863.00 | 1,863.00 | 0.00 | 1,863.00 | 1,863.00 | 80,957.03 |
|  | JOSEPH D. OLSEN <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 37.04 | 37.04 | 0.00 | 37.04 | 37.04 | 80,919.99 |
|  | JOSEPH D. OLSEN <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 9,435.80 | 9,435.80 | 0.00 | 9,435.80 | 9,435.80 | 71,484.19 |
| 4P | Internal Revenue Service | Priority | 4,550.16 | 4,550.16 | 0.00 | 4,550.16 | 4,550.16 | 66,934.03 |
| 1 | Discover Bank | Unsecured | 11,231.67 | 11,231.67 | 0.00 | 11,231.67 | 11,231.67 | 55,702.36 |
| 2 | Quantum3 Group LLC as agent for | Unsecured | 2,261.54 | 2,261.54 | 0.00 | 2,261.54 | 2,261.54 | 53,440.82 |
| 3 | Quantum3 Group LLC as agent for | Unsecured | 318.01 | 318.01 | 0.00 | 318.01 | 318.01 | 53,122.81 |
| 4U | Internal Revenue Service | Unsecured | 476.02 | 476.02 | 0.00 | 476.02 | 476.02 | 52,646.79 |
| 5 | Synchrony Bank | Unsecured | 698.42 | 698.42 | 0.00 | 698.42 | 698.42 | 51,948.37 |
| 6 | PYOD, LLC its successors and assigns as assignee | Unsecured | 2,261.08 * | 0.00 | 0.00 | 0.00 | 0.00 | 51,948.37 |
| 7 | Portfolio Recovery Associates, LLC | Unsecured | 9,753.22 | 9,753.22 | 0.00 | 9,753.22 | 9,753.22 | 42,195.15 |
| 8 | Plumbers Welfare Fund, Local 130, U.A. | Unsecured | 25,475.51 | 25,475.51 | 0.00 | 25,475.51 | 25,475.51 | 16,719.64 |
| 1I | Discover Bank | Unsecured | 89.36 | 89.36 | 0.00 | 89.36 | 89.36 | 16,630.28 |
| 2I | Quantum3 Group LLC as agent for | Unsecured | 17.99 | 17.99 | 0.00 | 17.99 | 17.99 | 16,612.29 |
| 3I | Quantum3 Group LLC as agent for | Unsecured | 2.53 | 2.53 | 0.00 | 2.53 | 2.53 | 16,609.76 |
| 5I | Synchrony Bank | Unsecured | 5.56 | 5.56 | 0.00 | 5.56 | 5.56 | 16,604.20 |
| 7I | Portfolio Recovery Associates, LLC | Unsecured | 77.60 | 77.60 | 0.00 | 77.60 | 77.60 | 16,526.60 |
| 8I | Plumbers Welfare Fund, Local 130, U.A. | Unsecured | 202.69 | 202.69 | 0.00 | 202.69 | 202.69 | 16,323.91 |
| 4PI | Internal Revenue Service | Unsecured | 36.20 | 36.20 | 0.00 | 36.20 | 36.20 | 16,287.71 |
| 4UI | Internal Revenue Service | Unsecured | 3.79 | 3.79 | 0.00 | 3.79 | 3.79 | 16,283.92 |
| SURPLUS | OLSON, CATHERINE ANN | Unsecured | 16,283.92 | 16,283.92 | 0.00 | 16,283.92 | 16,283.92 | 0.00 |

(*) Denotes objection to Amount Filed

# Exhibit "C" - Analysis of Claims Register

## Case: 15-81312   OLSON, KENNETH JAMES

| **Case Balance:** | $82,820.03 | **Total Proposed Payment:** | $82,820.03 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 15-81312 :** | | $100,081.11 | $97,820.03 | $15,000.00 | $82,820.03 | $82,820.03 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $11,335.84 | $11,335.84 | $0.00 | $11,335.84 | 100.000000% |
| **Total Priority Claims :** | $4,550.16 | $4,550.16 | $0.00 | $4,550.16 | 100.000000% |
| **Total Secured Claims :** | $15,000.00 | $15,000.00 | $15,000.00 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | $69,195.11 | $66,934.03 | $0.00 | $66,934.03 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                          Exhibit D

Case No.: 15-81312
Case Name: OLSON, KENNETH JAMES
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**                $ 82,820.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 82,820.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 9,435.80 | 0.00 | 9,435.80 |
| Trustee, Expenses - JOSEPH D. OLSEN | 37.04 | 0.00 | 37.04 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 1,863.00 | 0.00 | 1,863.00 |

Total to be paid for chapter 7 administration expenses:   $ 11,335.84
Remaining balance:   $ 71,484.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 71,484.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,550.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Internal Revenue Service | 4,550.16 | 0.00 | 4,550.16 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 4,550.16 |
| Remaining balance: | $ 66,934.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,738.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,231.67 | 0.00 | 11,231.67 |
| 2 | Quantum3 Group LLC as agent for | 2,261.54 | 0.00 | 2,261.54 |
| 3 | Quantum3 Group LLC as agent for | 318.01 | 0.00 | 318.01 |
| 4U | Internal Revenue Service | 476.02 | 0.00 | 476.02 |
| 5 | Synchrony Bank | 698.42 | 0.00 | 698.42 |
| 6 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 9,753.22 | 0.00 | 9,753.22 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 24,738.88 |
| Remaining balance: | $ 42,195.15 |

Tardily filed claims of general (unsecured) creditors totaling $ 25,475.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Plumbers Welfare Fund, Local 130, U.A. | 25,475.51 | 0.00 | 25,475.51 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 25,475.51 |
| Remaining balance: | $ 16,719.64 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 16,719.64

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $435.72. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 16,283.92.

**UST Form 101-7-TFR (05/1/2011)**