# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| OLSON, KENNETH JAMES | § | Case No.: 15-81312 |
| OLSON, CATHERINE ANN, | § | |
| | § | JUDGE THOMAS M. LYNCH |
| Debtors. | § | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on **August 9, 2018**, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Scott Bentley
5435 Bull Valley Road, Suite 318
McHenry, IL 60050

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

        /s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Final Report-Certificate of Service.wpd

Recovery Management Systems
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

Advocate Health Care
P.O. Box 4248
Carol Stream, IL 60197-4248

Associated Bank VISA
P.O. Box 790408
St. Louis, MO 63179-0408

Bruce A. Gartner DDS
333 W. First Street
Elmhurst, IL 60126-2641

Comenity - Talbots
P.O. Box 659617
San Antonio, TX 78265-9617

Comenity Meijer Mastercard
P.O. Box 659823
San Antonio, TX 78265-9123

Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

Elmhurst Dental
333 W. First Street
Elmhurst, IL 60126-2641

Encare Receivable Management
o/b/o Synchrony Farm & Fleet
400 N. Rogers Rd. P.O. Box 3330
Olathe, KS 66063-3330

Home Depot Credit Services
P.O. Box 790328
St. Louis, MO 63179-0328

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Macy's American Express
P.O. Box 183084
Columbus, OH 43218-3084

Merrill Lynch VISA
P.O. Box 851001
Dallas, TX 75285-1001

Sears Card
P.O. Bxo 6283
Sioux Falls, SD 57117-6283

Synchrony Bank
c/o Recovery Management Systems
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301-7441

Catherine Ann Olson
530 Machelle Drive
Cary, IL 60013-2306