# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: OLSON, KENNETH JAMES § Case No. 15-81312
      OLSON, CATHERINE ANN § 
       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $384,422.00 *(without deducting any secured claims)* | Assets Exempt: $32,164.00 |
| Total Distribution to Claimants: $55,134.10 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $63,515.81 | |

    3) Total gross receipts of $ 155,266.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 36,616.73 (see **Exhibit 2**), yielded net receipts of $118,649.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 63,249.17 | 63,249.17 | 63,515.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,550.16 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 52,871.20 | 50,134.10 | 50,134.10 |
| **TOTAL DISBURSEMENTS** | $0.00 | $125,670.53 | $118,383.27 | $118,649.91 |

4) This case was originally filed under Chapter 7 on May 13, 2015. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2018            By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of Trustee Fees due to refund of claims p | 1290-000 | 266.64 |
| Personal Injury Claim | 1242-000 | 155,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$155,266.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OLSON, CATHERINE ANN | Debtor's Exemption on Personal Injury Claim | 8100-002 | 15,000.00 |
| OLSON, CATHERINE ANN | | 8200-002 | 16,283.92 |
| OLSON, CATHERINE ANN | Pursuant to Supplemental Distribution Report (Doc 58) entered on 10/26/2018 | 8200-002 | 5,332.81 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$36,616.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Simpson & Deardorff, S.C. IOLTA Client Trust Account, | 4220-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,000.00** | **$5,000.00** | **$5,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 9,169.16 | 9,169.16 | 9,435.80 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 37.04 | 37.04 | 37.04 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,863.00 | 1,863.00 | 1,863.00 |
| Other - Attorney John V. O'Connor | 3210-600 | N/A | 50,000.00 | 50,000.00 | 50,000.00 |
| Other - Attorney John V. O'Connor | 3220-610 | N/A | 2,052.85 | 2,052.85 | 2,052.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.17 | 90.17 | 90.17 |
| Other - International Surities Ltd | 2300-000 | N/A | 36.95 | 36.95 | 36.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$63,249.17** | **$63,249.17** | **$63,515.81** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service | 5800-000 | N/A | 4,550.16 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$4,550.16** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,231.67 | 11,231.67 | 11,231.67 |
| 1I | Discover Bank | 7990-000 | N/A | 89.36 | 89.36 | 89.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,261.54 | 2,261.54 | 2,261.54 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 17.99 | 17.99 | 17.99 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 318.01 | 318.01 | 318.01 |
| 3I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 2.53 | 2.53 | 2.53 |
| 4U | Internal Revenue Service | 7100-000 | N/A | 476.02 | 0.00 | 0.00 |
| 5 | Synchrony Bank | 7100-000 | N/A | 698.42 | 698.42 | 698.42 |
| 5I | Synchrony Bank | 7990-000 | N/A | 5.56 | 5.56 | 5.56 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,261.08 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 9,753.22 | 9,753.22 | 9,753.22 |
| 7I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 77.60 | 77.60 | 77.60 |
| 8I | Plumbers Welfare Fund, Local 130, U.A. | 7990-000 | N/A | 202.69 | 202.69 | 202.69 |
| 8138 | Plumbers Welfare Fund, Local 130, U.A. | 7200-000 | N/A | 25,475.51 | 25,475.51 | 25,475.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $52,871.20 | $50,134.10 | $50,134.10 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81312  
**Case Name:** OLSON, KENNETH JAMES  
     OLSON, CATHERINE ANN  
**Period Ending:** 12/11/18  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/13/15 (f)  
**§341(a) Meeting Date:** 06/18/15  
**Claims Bar Date:** 10/22/15  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence - 530 Machelle Drive | 366,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand hand | 153.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account | 752.00 | 0.00 | | 0.00 | FA |
| 4 | . 5Checking Account Bank N.A. N. Adams Street Ba | 191.00 | 0.00 | | 0.00 | FA |
| 5 | NSavings Account One Box 60 Cloud, MN 56302 | 373.00 | 0.00 | | 0.00 | FA |
| 6 | Household furniture and goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Books, pictures and other art objects stamp, coi | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing Apparel Residence | 350.00 | 0.00 | | 0.00 | FA |
| 9 | Furs and jewelry Residence | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Firearms, sports equipment, bicycles, cameras eq | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Retirement pension plan or profit sharing plans. | 6,435.00 | 0.00 | | 0.00 | FA |
| 12 | 2001 Chevy Astro and accessories. Residence | 1,688.00 | 0.00 | | 0.00 | FA |
| 13 | cy21999 Pontiac Grand Am Residence | 1,060.00 | 0.00 | | 0.00 | FA |
| 14 | 2001 Yamaha Debtor's Residence | 1,745.00 | 0.00 | | 0.00 | FA |
| 15 | Office Equipment Residence | 325.00 | 0.00 | | 0.00 | FA |
| 16 | Machinery, fixtures or trade equipment | 600.00 | 0.00 | | 0.00 | FA |
| 17 | Personal Injury Claim | 155,000.00 | 82,947.16 | | 155,000.00 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$539,422.00** | **$82,947.16** | | **$155,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee is administering a personal injury claim. The Debtor still has to undergo some sort of surgery so it will be quite a while before this is resolved. Outside counsel letter is attached. The Trustee is in a holding pattern until the personal injury case resolves itself.

The Trustee is still waiting for this personal injury case to wind its way through state court up in Wisconsin. Outside counsel letter is attached, they are in discovery and it does not appear they are close to any kind of settlement. There is a trial date set for June 11, 2018 so hopefully it will be a successful trial and my final report will be filed as soon we receive some sort of money if and when.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-81312  
**Case Name:** OLSON, KENNETH JAMES  
OLSON, CATHERINE ANN  
**Period Ending:** 12/11/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/13/15 (f)  
**§341(a) Meeting Date:** 06/18/15  
**Claims Bar Date:** 10/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017     **Current Projected Date Of Final Report (TFR):** December 31, 2018

Printed: 12/11/2018 04:50 PM     V.14.14

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-81312
**Case Name:** OLSON, KENNETH JAMES
OLSON, CATHERINE ANN
**Taxpayer ID #:** **-***4146
**Period Ending:** 12/11/18

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******5366 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/17/18 | {17} | American Family Insurance Group | Personal Injury Proceeds | | 1242-000 | 55,000.00 | | 55,000.00 |
| 05/17/18 | {17} | American Family Insurance Group | Personal Injury Proceeds | | 1242-000 | 100,000.00 | | 155,000.00 |
| 05/22/18 | 101 | Attorney John V. O'Connor | ATTORNEY FEES & EXPENSES | | | | 52,052.85 | 102,947.15 |
| | | | Attorney's fees re PI litigation | 50,000.00 | 3210-600 | | | 102,947.15 |
| | | | Advanced costs/Expenses re PI litigation | 2,052.85 | 3220-610 | | | 102,947.15 |
| 05/22/18 | 102 | Simpson & Deardorff, S.C. IOLTA Client Trust Account, fbo | Medical Pay Subrogation Lien re Catherine Olson (17 CV 424) | | 4220-000 | | 5,000.00 | 97,947.15 |
| 05/22/18 | 103 | OLSON, CATHERINE ANN | Debtor's Exemption on Personal Injury Claim | | 8100-002 | | 15,000.00 | 82,947.15 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 90.17 | 82,856.98 |
| 06/05/18 | 104 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #15-81312, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | | 2300-000 | | 36.95 | 82,820.03 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 115.17 | 82,704.86 |
| 07/03/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -115.17 | 82,820.03 |
| 09/07/18 | 105 | JOSEPH D. OLSEN | Trustee's expenses allowed per 9/5/2018 Order (Doc 38) | | 2200-000 | | 37.04 | 82,782.99 |
| 09/07/18 | 106 | JOSEPH D. OLSEN | Trustee's fees allowed per 9/5/2018 Order (Doc 38). | | 2100-000 | | 9,435.80 | 73,347.19 |
| 09/07/18 | 107 | Attorney Joseph D Olsen | Attorney for Trustee fee allowed per 9/5/2018 Order (Doc 38) | | 3110-000 | | 1,863.00 | 71,484.19 |
| 09/07/18 | 108 | Internal Revenue Service | Check for Claim 4P Voided on 09/27/18 | | 5800-004 | | 4,550.16 | 66,934.03 |
| 09/07/18 | 109 | Internal Revenue Service | Check for Claim No. 4U Voided on 09/27/18 | | 7100-004 | | 476.02 | 66,458.01 |
| 09/07/18 | 110 | Discover Bank | | | | | 11,321.03 | 55,136.98 |
| | | | Check for Claim No. 1 | 11,231.67 | 7100-000 | | | 55,136.98 |
| | | | Interest for Claim No. 1 | 89.36 | 7990-000 | | | 55,136.98 |
| 09/07/18 | 111 | Quantum3 Group LLC as agent for | | | | | 2,279.53 | 52,857.45 |
| | | | Check for Claim No. 2 | 2,261.54 | 7100-000 | | | 52,857.45 |
| | | | Interest on Claim No. 2 | 17.99 | 7990-000 | | | 52,857.45 |
| 09/07/18 | 112 | Quantum3 Group LLC as agent for | | | | | 320.54 | 52,536.91 |
| | | | Check for Claim No. 3 | 318.01 | 7100-000 | | | 52,536.91 |
| | | | Interest for Claim No. 3 | 2.53 | 7990-000 | | | 52,536.91 |

Subtotals :  $155,000.00   $102,463.09

{} Asset reference(s)

Printed: 12/11/2018 04:50 PM   V.14.14

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-81312  
**Case Name:** OLSON, KENNETH JAMES  
OLSON, CATHERINE ANN  
**Taxpayer ID #:** **-***4146  
**Period Ending:** 12/11/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/07/18 | 113 | Synchrony Bank | | | | | 703.98 | 51,832.93 |
| | | | Check for Claim No. 5 | 698.42 | 7100-000 | | | 51,832.93 |
| | | | Interest for Claim No. 5 | 5.56 | 7990-000 | | | 51,832.93 |
| 09/07/18 | 114 | Portfolio Recovery Associates, LLC | | | | | 9,830.82 | 42,002.11 |
| | | | Check for Claim No. 7 | 9,753.22 | 7100-000 | | | 42,002.11 |
| | | | Interest for Claim No. 7 | 77.60 | 7990-000 | | | 42,002.11 |
| 09/07/18 | 115 | Plumbers Welfare Fund, Local 130, U.A. | | | | | 25,678.20 | 16,323.91 |
| | | | Check for Claim No. 8 | 25,475.51 | 7200-000 | | | 16,323.91 |
| | | | Interest for Claim No. 8 | 202.69 | 7990-000 | | | 16,323.91 |
| 09/07/18 | 116 | OLSON, CATHERINE ANN | | | 8200-002 | | 16,283.92 | 39.99 |
| 09/07/18 | 117 | Internal Revenue Service | Interest on Claim No. 4P Voided on 09/27/18 | | 7990-004 | | 36.20 | 3.79 |
| 09/07/18 | 118 | Internal Revenue Service | Interest on Claim 4U Voided on 09/27/18 | | 7990-004 | | 3.79 | 0.00 |
| 09/27/18 | 108 | Internal Revenue Service | Check for Claim 4P Voided: check issued on 09/07/18 | | 5800-004 | | -4,550.16 | 4,550.16 |
| 09/27/18 | 109 | Internal Revenue Service | Check for Claim No. 4U Voided: check issued on 09/07/18 | | 7100-004 | | -476.02 | 5,026.18 |
| 09/27/18 | 117 | Internal Revenue Service | Interest on Claim No. 4P Voided: check issued on 09/07/18 | | 7990-004 | | -36.20 | 5,062.38 |
| 09/27/18 | 118 | Internal Revenue Service | Interest on Claim 4U Voided: check issued on 09/07/18 | | 7990-004 | | -3.79 | 5,066.17 |
| 10/30/18 | | Attorney Joseph D Olsen | Refund of Trustee Fees due to refund of claims paid to IRS increasing the surplus to debtor and supplemental distribution report filed 10/26/2018 (Doc 39). | | 1290-000 | 266.64 | | 5,332.81 |
| 11/01/18 | 119 | OLSON, CATHERINE ANN | Pursuant to Supplemental Distribution Report (Doc 58) entered on 10/26/2018 | | 8200-002 | | 5,332.81 | 0.00 |
| | | | ACCOUNT TOTALS | | | 155,266.64 | 155,266.64 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 155,266.64 | 155,266.64 | |
| | | | Less: Payments to Debtors | | | | 36,616.73 | |
| | | | **NET Receipts / Disbursements** | | | **$155,266.64** | **$118,649.91** | |

{} Asset reference(s)

Printed: 12/11/2018 04:50 PM   V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 15-81312 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | OLSON, KENNETH JAMES | | **Bank Name:** | Rabobank, N.A. |
| | OLSON, CATHERINE ANN | | **Account:** | ******5366 - Checking Account |
| **Taxpayer ID #:** | **-***4146 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 12/11/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
              Net Receipts :     155,266.64
     Less Payments to Debtor :    36,616.73
                                _____
              Net Estate :      $118,649.91
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5366** | 155,266.64 | 118,649.91 | 0.00 |
| | $155,266.64 | $118,649.91 | $0.00 |

{} Asset reference(s)   Printed: 12/11/2018 04:50 PM   V.14.14